IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, Personal Representative
of the Estate of Nickolas James Garcia, deceased;
KRISTAL DARNELL, individually and on behalf
of minor M.G., and JONI DURAN, on behalf of
minor N.G.,

       Plaintiffs,

v.                                                               1:23-cv-00554-WJ-JMR

ELIAS S. SISNEROS, Bernalillo County
Metropolitan Detention Center Officer,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on March 23, 2024. Doc. 49. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 10. All parties filed waivers of their right to object to the Magistrate Judge's PFRD. Docs. 51, 52.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 49) are **ADOPTED**, including the recommendations as to sealed Exhibit 1 attached to this Order;

2. The Motion to Approve Settlement (Doc. 30) is **GRANTED**;

3. Guardian Ad Litem Gabrielle Valdez is relieved of her duties.

_____
CHIEF UNITED STATES DISTRICT JUDGE